74,472-01,02,03

Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station.
Austin Texas. 78711.

59th Judical District of
Grayson County Texas.

"Louise Pearson. "Clerk"

Dear Ma'am.

I would like to ask for. Copy of the
White cards. That was sent to me Years ago.
I was unaware of the difference in the Meaning
of the Court of Appeals dessiono on my H.C 11.07.
I do Not Know if I had one white card or
"3" (I do Not Need The 11.07 only White cards.)
The Cause Numbers. was 51329. 58308 and 58307."

I Would Really Appreciate Copy of The
White Cards Dismissed or Denied

Thank You,
x _____ TDCJ# 1571415
Stevenson Unit TDCJ.
1525 FM 766
Cuero. Tx.
77954.                    4 -15-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk